Name:
Address:
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ~~UTAH~~ Florida
## Northern DIVISION

Anthony Veron Williams
(Full Name)
PLAINTIFF

vs.

[Florida Highway Patrol] Sergent Brian, Brandon Dumont, Bernard Foote, ~~Bethea~~, Colby Bethea, Cameron Blount

DEFENDANTS

Agency report# FHP25ON03382  67

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. 4:25cv414-MCR/MAF
(Supplied by Clerk)

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✓ 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Anthony Veron Williams
   IS A CITIZEN OF THE STATE OF Florida

   PRESENT MAILING ADDRESS: Leon County Dentention Facility P.O Box 2278

FILED USDC FLND TL
SEP 29 '25 PM 3:37
BF

3. NAME OF FIRST DEFENDANT  Leckinger, Michael 3655
   IS A CITIZEN OF  Tallahassee, Florida
   (City and State)
   IS EMPLOYED AS  Deputy, Trooper  at  Florida Highway Patrol
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✔ NO___. If your answer is "YES" briefly explain.
   Discharge his fire ARM inside the CAR 5 times when I was posing AN imminent threat or danger to him or citizens.

4. NAME OF SECOND DEFENDANT  Sergeant Brian Speigner
   (If applicable)
   IS A CITIZEN OF  Tallahassee, Florida
   (City and State)
   IS EMPLOYED AS  ~~Deputy~~ Trooper  at  FHP
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✔ NO___. If your answer is "YES" briefly explain.
   falsing information by not providing me the troopers Dashcam or tell the truth by letting his employee falsify probable cause Affidavit.

5. NAME OF THIRD DEFENDANT  Brandon Dumont
   (If applicable)
   IS A CITIZEN OF  Tallahassee, Florida
   (City and State)

IS EMPLOYED AS **Trooper** at **FHP**.
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

On the scene of the accident helping the defendant

6. NAME OF FOURTH DEFENDANT **Bernard Foote**
(If applicable)

IS A CITIZEN OF **Tallahassee, Florida**
(city and State)

IS EMPLOYED AS **Trooper** at **Florida Highway Patrol**
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

At the scene of the accident helping the Defendant

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem. On July 19, 2025; Florida Highway Patrol violated my United States constitutional right, under the color Law, Amendment 4: Excessive force, Anthony v. Williams and Mr. Rodney Montez Tyson

Willia_____ and Mr. R_____ WAS stoped due to a traffic stop due to a vehicle BOLO which turned into a fleeing to elude.

### C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: __Excessive force / Deadly force__

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) Leckinger Michael, 3655 or his fellow dupties ~~~~ discharge into the CAR 4 till 5 time when the officers that WAS At the scence clearly stated that we WAS Armed. IF I WAS in HAND CUFFS or if I would have STAYED in the CAR I WANT Be Alive to write this letter

   b. (1) Count II: __(Nigligence or Intentional)__

   (2) Supporting Facts: __Which I provide ARE__ negligence of misuse of his duty weapon and the voluntary ACT of firing his pistol inside the vehicle 4 till 5 times which clearly shows it WAS an intentional ACT. that WAS meant or intended to cause physical HARM / injury.

c. (1) Count III: Liability for Misuse of Weapon

(2) Supporting Facts: If you look At the (Dashcams) you would clearly see and hear the fellow officials telling the Defendant that the suspects isn't (Armed or dangerously) A threat, but tHE Defendant or Trooper/FHP still fired 4 till 5 times inside the Driver Window

**D. INJURY**

1. How have you been injured by the actions of the defendant(s)? I'm ~~was~~ had to stay in the infirmary for a week in Leon County Dentention Facility, due to A Low heart RATE from being death strick Mental dyfunctional due to the Precision Immobilization technique (PIT) from Trooper Leckinger Michael 3655 vehicle. Duress having Nightmares about the intentional shooting into the drivers window.

**E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES___ / NO ✓ . If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

b.   Name of court and case or docket number: _____

c.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d.   Issues raised: _____

_____

_____

e.   When did you file the lawsuit? _____
                              Date   Month   Year

f.   When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

_____

_____

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  September  on  23  20 25 .
           (Location)        (Date)

*Anthony Williams*
Signature

H:\prose\civrt.gui

Anthony Williams #190014
**LEON COUNTY DETENTION FACILITY**
P.O. Box 2278
TALLAHASSEE, FLORIDA 32316-2278

JACKSONVILLE RPDC 320

26 SEP 2025 AM 1 L

SEP 7 2025

(Legal Mail)
111 North Adams Street 322
Tallahassee, Florida 32301

32301-773097