**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ANTHONY VERON WILLIAMS,**

**Plaintiff,**

**v.** **Case No.: 4:25cv414/MCR/MAF**

**TROOPER LECKINGER, et al.,**

**Defendants.**
________________________________/

# ORDER

The magistrate judge issued a Report and Recommendation on February 24, 2026. (Doc. 10). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute and failure to obey a court order.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**